JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/27/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RICHARD CASTILLO,

            Petitioner,

   vs.

KEN CLARK, Warden,

            Respondent.

Case No.  CV 06-4111-AHM (RNB)

**JUDGMENT**

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 23, 2009

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**Make JS-6**

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY